| | |
|---|---|
| 1 | ROBERT M. FORNI, JR. (SBN 180841) |
| | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | 150 Spear Street, Suite 850 |
| | San Francisco, CA 94105 |
| 3 | Telephone: (415) 543-4800 |
| | Facsimile: (415) 972-6301 |
| 4 | Email: robert.forni@rmkb.com |

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Joel P. Waelty (SBN 226728)
    Of Counsel for
JACHIMOWICZ LAW GROUP, ATTORNEYS AT LAW
1530 The Alameda, Suite 115
San Jose, California 95126

Tel.: (408) 246-5500
Fax: (408) 246-1051
E-Mail: joel@jachlawgroup.com

Attorneys for Plaintiff,
SEYED "ALI" ESHRAGHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED "ALI" ESHRAGHI,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a Massachusetts Corporation, QUALCOMM INCORPORATED GROUP DISABILITY INCOME PLAN,<br><br>    Defendants. | CASE NO. 5:18-CV-07667-NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff SEYED "ALI" ESRAGHI and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure

41(a)(1)(A)(ii).  Each party shall bear its own attorney's fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur with the Stipulation's content and authorize its filing.

Dated: March 15, 2019                    ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Robert M. Forni, Jr.*
ROBERT M. FORNI, JR.
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

Dated: March 15, 2019                    JACHIMOWICZ LAW GROUP

By: /s/ *Joel P. Waelty*
JOEL P. WAELTY
Attorneys for Plaintiff,
SEYED "ALI" ESHRAGHI

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties.  Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 15, 2019

Hon. Nathanael M. Cousins



GRANTED
Judge Nathanael M. Cousins